USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___11-4-13___

Robert L. Rimberg, Esq. (RR2453)
Joel S. Schneck, Esq. (JS7019)
GOLDBERG & RIMBERG PLLC
Attorneys for Plaintiffs
115 Broadway, Suite 302
New York, New York 10006
(212) 697-3250
jss@grlawpllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 4 K & D CORPORATION d/b/a GRAND ESTATES AUCTION COMPANY, JOHN BLOESER, NANCY BLOESER, DEBORAH JAROL, and SHERWIN JAROL,<br><br>                                 Plaintiffs,<br>              -against-<br><br>CONCIERGE AUCTIONS, LLC, LAURA BRADY, GEORGE GRAHAM, MICHAEL RUSSO, CA PARTNERS, LLC, SEGUE LLC, BRADY HOGAN INVESTMENTS, LLC, and JANE DOE 1-10, and ABC CORP. 1-10, The names "John Doe," "Jane Doe" and "ABC Corp." being fictitious and unknown to Plaintiffs,<br>                                 Defendants. | Docket No. 13CV2527JGK<br><br>**NOTICE OF DISMISSAL AS TO PLAINTIFF'S JOHN BLOESER AND NANCY BLOESER ONLY** |

PLEASE TAKE NOTICE, that plaintiffs JOHN BLOESER and NANCY BLOESER,

ONLY, hereby dismiss the above referenced action with prejudice.

Dated: New York, New York
      October 31, 2013

Robert L. Rimberg (RR2453)
Joel S. Schneck (JS7019)
115 Broadway, Suite 302
New York, New York 10006
(212) 697-3250

SO ORDERED:

U.S.D.J.       11/1/13